# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------X
MARISOL DAVILA,

          Plaintiff,

 -against-

INTREN LLC and BRETT WILLIAM SPARENGERG,

          Defendants.
------------------------------------------------------------------X

Index No.
Date filed:

**SUMMONS**

Plaintiff designates Bronx County as the place of trial.

The basis for venue is: Situs of the accident in Bronx County

**TO THE ABOVE-NAMED DEFENDANTS:**

  **YOU ARE HEREBY SUMMONED** to answer the complaint in their action and to serve a copy of your answer on the Plaintiff's Attorney within twenty (20) days after the service of their summons, exclusive of the day of service of their summons, or within thirty (30) days after the service of their summons is complete if their summons is not personally delivered to you within the State of New York. In case of your failure to appear to answer, judgment will be taken against you by default for the relief demanded in the complaint, together with the costs of their action.

Dated: Long Island City, New York
   January 6, 2022

             *Yours, etc.,*
             LAW OFFICE OF EVANS D. PRIESTON, P.C.

         By: _____
             Cory P. Strauss, Esq.
             *Attorneys for Plaintiff*
             47-40 21st Street, 10th Floor
             Long Island City, New York 11101
             (718) 424-2444

TO:

INTREN LLC
18202 W. Union Road
Union, Illinois 60180

BRETT WILLIAM SPARENGERG
1982 S. Main Street
Trenton, Georgia 30752

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------X
MARISOL DAVILA,

                            Plaintiff,

   -against-

INTREN LLC and BRETT WILLIAM SPARENGERG,

                           Defendants.
-------------------------------------------------------------------X

Index No.

**VERIFIED COMPLAINT**

      Plaintiff, by her attorneys, LAW OFFICE OF EVANS D. PRIESTON, P.C., complaining of the Defendants, alleges the following, upon information and belief:

      1.     At all times herein mentioned, Plaintiff MARISOL DAVILA resided in the County of Bronx, State of New York.

      2.     At all times herein mentioned, Defendant INTREN LLC was and still is a domestic business corporation duly authorized to conduct business within the State of New York.

      3.     At all times herein mentioned, Defendant INTREN LLC was and still is a foreign business corporation duly authorized to conduct business within the State of New York.

      4.     At all times herein mentioned, Defendant INTREN LLC offered services to the residents of the State of New York.

      5.     At all times herein mentioned, Defendant BRETT WILLIAM SPARENGERG resided in the County of Dade, State of Georgia.

      6.     On July 8, 2021, Defendant INTREN LLC was the owner of the motor vehicle bearing plate no. 108680E.

      7.     On July 8, 2021, Defendant INTREN LLC was the lessor of the motor vehicle bearing plate no. 108680E.

      8.     On July 8, 2021, Defendant INTREN LLC was the lessee of the motor vehicle

bearing plate no. 108680E.

9. On July 8, 2021, Defendant INTREN LLC maintained the motor vehicle bearing plate no. 108680E.

10. On July 8, 2021, Defendant INTREN LLC controlled the motor vehicle bearing plate no. 108680E.

11. On July 8, 2021, Defendant INTREN LLC managed the motor vehicle bearing plate no. 108680E.

12. On July 8, 2021, Defendant INTREN LLC employed Defendant BRETT WILLIAM SPARENGERG.

13. On July 8, 2021, Defendant BRETT WILLIAM SPARENGERG was the owner of the motor vehicle bearing plate no. 108680E.

14. On July 8, 2021, Defendant BRETT WILLIAM SPARENGERG was the lessor of the motor vehicle bearing plate no. 108680E.

15. On July 8, 2021, Defendant BRETT WILLIAM SPARENGERG was the lessee of the motor vehicle bearing plate no. 108680E.

16. On July 8, 2021, Defendant BRETT WILLIAM SPARENGERG was the operator of the motor vehicle bearing plate no. 108680E.

17. On July 8, 2021, Defendant BRETT WILLIAM SPARENGERG maintained the motor vehicle bearing plate no. 108680E.

18. On July 8, 2021, Defendant BRETT WILLIAM SPARENGERG controlled the motor vehicle bearing plate no. 108680E.

19. On July 8, 2021, Defendant BRETT WILLIAM SPARENGERG managed the motor vehicle bearing plate no. 108680E.

20. On July 8, 2021, Defendant BRETT WILLIAM SPARENGERG was employed by Defendant INTREN LLC.

21. On July 8, 2021, Defendant BRETT WILLIAM SPARENGERG was an agent of Defendant INTREN LLC.

22. On July 8, 2021, Defendant BRETT WILLIAM SPARENGERG operated and controlled the aforementioned motor vehicle in the course of his employment with Defendant INTREN LLC.

23. On July 8, 2021, Defendant BRETT WILLIAM SPARENGERG operated and controlled the aforementioned motor vehicle for the benefit of Defendant INTREN LLC.

24. On July 8, 2021, Defendant BRETT WILLIAM SPARENGERG operated and controlled the aforementioned motor vehicle with the knowledge of Defendant INTREN LLC.

25. On July 8, 2021, Defendant BRETT WILLIAM SPARENGERG operated and controlled the aforementioned motor vehicle with the permission of Defendant INTREN LLC.

26. On July 8, 2021, Defendant BRETT WILLIAM SPARENGERG operated and controlled the aforementioned motor vehicle with the consent of Defendant INTREN LLC.

27. At all times herein mentioned, the Cross Bronx Expressway at or near Exit 4B, in the County of Bronx, State of New York, was and still is a public roadway and/or street in common use of the residents of the City and State of New York and others.

28. On July 8, 2021, Plaintiff MARISOL DAVILA was the operator of a 2012 Toyota motor vehicle bearing New York plate no. T722637C at the aforesaid location.

## AS AND FOR THE FIRST CAUSE OF ACTION

29. Plaintiff MARISOL DAVILA repeats and re-alleges each and every allegation contained in paragraphs "1" through "28" inclusive, with the same force and effect as though set

force at length herein.

30. On July 8, 2021, the aforementioned vehicle owned by Defendant INTREN LLC and operated by Defendant BRETT WILLIAM SPARENGERG struck Plaintiff MARISOL DAVILA's vehicle at the aforesaid location.

31. At all times herein mentioned, Defendants were solely responsible for the proper and prudent ownership, operation, management, maintenance, and control of their respective vehicle.

32. The aforesaid occurrence was caused wholly and solely by reason of the carelessness, recklessness and negligence of the defendants in the ownership, operation, maintenance, management, and control of their vehicle, without any negligence on the part of Plaintiff MARISOL DAVILA.

33. As a result of the aforesaid occurrence, Plaintiff MARISOL DAVILA was rendered sick, sore, lame, and disabled and have remained so since said occurrence. She sustained nervous shock and continue to suffer mental anguish and great physical pain. She will be compelled to undergo medical aid, treatment, and attention and to expend money and incur obligations for physician's services, medical and hospital expenses for the care and treatment of her injuries; and upon information and belief, she will be compelled to expend additional sums of money and incur further obligations in the future for additional physician's services, medical and hospital expenses for the further care and treatment of her injuries. She has been incapacitated from attending to her usual duties, functions, occupations, vacations and avocations, and in other ways she has damages, and upon information and belief, may be so incapacitated in the future and will suffer pecuniary losses.

34. As a result of the aforesaid occurrence, Plaintiff MARISOL DAVILA suffered

serious personal injuries.

35. Plaintiff MARISOL DAVILA sustained serious injuries as defined in §§ 5102 and 5104 of the Insurance Law of the State of New York.

36. Upon information and belief, this action falls within one or more of the exceptions set forth in CPLR § 1602.

37. By reason thereof, Plaintiff MARISOL DAVILA has been damaged in an amount greater than the jurisdictional limits of the lower Courts of the State of New York.

**WHEREFORE**, Plaintiff MARISOL DAVILA demands judgment against Defendants in an amount greater than the jurisdictional limits of the lower Court of the State of New York, together with costs and disbursements.

Dated: Long Island City, New York
　　　　January 6, 2022

*Yours, etc.,*

By: _____
Cory P. Strauss, Esq.
LAW OFFICE OF EVANS D. PRIESTON, P.C.
*Attorneys for Plaintiff*
47-40 21st Street, 10th Floor
Long Island City, New York 11101
(718) 424-2444

## **ATTORNEY'S VERIFICATION**

CORY P. STRAUSS, an attorney duly admitted to practice before the Courts of the State of New York, affirms the following to be true under the penalties of perjury:

I am an associate with the LAW OFFICE OF EVANS D. PRIESTON, P.C., attorneys for the Plaintiff, I have read the foregoing Summons and Complaint and know the contents thereof, and the same are true to my knowledge, and except those matters therein, which are stated to be alleged upon information and belief, and as those to matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon investigation, client's interviews, records and other pertinent information contained in my files.

The reason this verification is made by me and not Plaintiff is that Plaintiff is not **presently in the county wherein the attorneys for the Plaintiff maintains their office**.

Dated: Long Island City, NY
January 6, 2022

_____
Cory P. Strauss, Esq.

Index No.
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
----------------------------------------------------------------------X
MARISOL DAVILA,

                            Plaintiff,

   -against-

INTREN LLC and BRETT WILLIAM SPARENGERG,

                           Defendants.
----------------------------------------------------------------------X

**SUMMONS and VERIFIED COMPLAINT**

Signature (Rule 130-1.1-a)

*C. [signature]*

_____
Cory P. Strauss, Esq.

LAW OFFICE OF EVANS D PRIESTON, P.C.
*Attorneys for Plaintiff*
47-40 21st Street
Long Island City, NY 11101
(718) 424-2444