USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

MARISOL DAVILA,

                                        Plaintiff,                                    **22-CV-2130 (KHP)**

                        -against-                                                      **ORDER**

INTREN LLC and BRETT WILLIAM SPARENBERG,

                                        Defendants.
-------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the June 27, 2023 Case Management Conference:

The deadline to complete fact discovery is extended to **Friday, September 29, 2023**.

The deadline to complete expert discovery is extended to **Friday, November 17, 2023**.

The parties shall file a joint status letter on **Thursday, August 31, 2023** updating the

Court on the status of discovery and the status of Plaintiff's medical care, including the date of

any anticipated (relevant) surgeries.

                        **SO ORDERED.**

DATED:        New York, New York
                     June 27, 2023

                                                                    _Katharine H. Parker_
                                                                    KATHARINE H. PARKER
                                                                    United States Magistrate Judge