USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARISOL DAVILA,

                              Plaintiff,                              22-CV-2130 (KHP)

     -against-                                              **ORDER**

INTREN LLC and BRETT WILLIAM SPARENBERG,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the January 11, 2024 Case Management Conference:

The deadline to complete expert discovery is extended to **Monday, April 15, 2024**.

This action is referred to Magistrate Judge Gary Stein for settlement purposes. The parties shall email Judge Stein's Chambers at GSteinNYSDChambers@nysd.uscourts.gov to schedule a settlement conference.

By **Friday, March 29, 2024**, the parties shall file a joint status letter stating what dates in July and August 2024 work for all parties and their witnesses for a trial. The parties shall also file a joint status letter following the settlement conference before Judge Stein stating whether the parties would like to move forward with scheduling a trial. If either side decides that they would like to file a dispositive motion prior to trial, that party shall file a pre-motion letter setting forth the basis for the motion and proposing a briefing schedule.

        **SO ORDERED.**

DATED:     New York, New York
               January 12, 2024

                                                         _____
                                                             KATHARINE H. PARKER
                                                              United States Magistrate Judge