

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARISOL DAVILA,

                        Plaintiff,                22 Civ. 2130 (KHP) (GS)

     -against-                         **PRE-SETTLEMENT CONFERENCE ORDER**

INTREN LLC and BRETT WILLIAM SPARENGERG,

                       Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Telephone Conference on **Tuesday, February 20, 2024 at 03:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 127 441 343#.**

       SO ORDERED.

DATED:    New York, New York
               February 12, 2024

*/s/ Gary Stein*
_____
The Honorable Gary Stein
United States Magistrate Judge