UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARISOL DAVILA,

                              Plaintiff,                    22 Civ. No. 2130 (KHP)

        -against-                                   **RESCHEDULING ORDER**

INTREN LLC,
and BRETT WILLIAM SPARENGERG,

                              Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      The Settlement Conference scheduled for **Friday, April 19, 2024 at 10:00 a.m.** is being adjourned by joint request of the parties. A Settlement Conference will be held on **Friday, June 14, 2024** at **10:00 a.m.** Counsel are directed to appear for the conference at 500 Pearl Street, Courtroom 9A. *Ex parte* settlement letters must be submitted to the Court no later than **Friday, June 7, 2024.** Any party that has already submitted an *ex parte* settlement letter need not resubmit the letter, but may submit an updated letter so long as it does so by **Friday, June 7, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
               April 19, 2024

                                                      The Honorable Gary Stein
                                                      United States Magistrate Judge